IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDA GOMEZ | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3042 |
| | ) | |
| vs. | ) | |
| | ) | |
| MIDLAND FUNDING,LLC, | ) | |
| MIDLAND CREDIT MANAGEMENT, INC | ) | Judge Lefkow |
| BLATT, HASENMILLER, LEIBSKER & | ) | |
| MOORE, LLC | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

     PLEASE TAKE NOTICE that on Thursday, June 26 at 9:30a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan Lefkow, or any judge sitting in her stead, in Courtroom 1925, at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC's, Midland Funding LLC, and Midland Credit Management, Inc's Agreed Motion For Extension Of Time To Respond To Plaintiff's Complaint, a copy of which is hereby served upon you.

Dated: June 23, 2008            Respectfully Submitted,

                                                 BLATT, HASENMILLER, LEIBSKER &
                                                 MOORE, LLC, MIDLAND FUNDING  LLC,
                                                 AND MIDLAND CREDIT MANAGEMENT,
                                                 INC.

                                                 By:     /s/ Gregory R. Dye
                                                       One of its Attorneys

                                                 BLATT, HASENMILLER, LEIBSKER &

1

MOORE, LLC  
125 S. Wacker, Suite 400  
Chicago, Illinois 60606  
(312) 704-9333 Phone  
(312) 704-9430 Fax  
gdye@bhlmlaw.com

CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record.

By:       /s/ Gregory R. Dye