## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-3042 |
|---|---|
| LYNDA GOMEZ v. MIDLAND FUNDING, LLC, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Midland Funding, LLC; Midland Credit Management, Inc.; and Blatt, Hasenmiller, Leibsker & Moore, LLC

| NAME (Type or print) |
|---|
| Brian P. O'Meara |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brian P. O'Meara |

| FIRM |
|---|
| McGuireWoods LLP |

| STREET ADDRESS |
|---|
| 77 W. Wacker Drive, Suite 4100 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275625 | (312) 849-8100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I filed the foregoing **APPEARANCE OF BRIAN P. O'MEARA** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Keith J. Keogh
>Alexander H. Burke
>LAW OFFICES OF KEITH J. KEOGH, LTD.
>227 W. Monroe Street
>Suite 2000
>Chicago, Illinois 60606

/s/  Brian P. O'Meara

\6421250.1