U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
LYNDA GOMEZ  
v.  
MIDLAND FUNDING, LLC, et al.

Case Number: 08-cv-3042

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Midland Funding, LLC; Midland Credit Management, Inc.; and Blatt, Hasenmiller, Leibsker & Moore, LLC

| NAME (Type or print) |
| --- |
| David L. Hartsell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David L. Hartsell |
| FIRM |
| McGuireWoods LLP |
| STREET ADDRESS |
| 77 W. Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6192380 | (312) 849-8100 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I filed the foregoing **APPEARANCE OF DAVID L. HARTSELL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Keith J. Keogh
>Alexander H. Burke
>LAW OFFICES OF KEITH J. KEOGH, LTD.
>227 W. Monroe Street
>Suite 2000
>Chicago, Illinois 60606


                                                   /s/ David L. Hartsell

\6421250.1