IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNDA GOMEZ, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 08-cv-3042 |
| vs. ) ) ) | Judge Lefkow<br>Magistrate Judge Brown |
| MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

NOW COME Defendants Midland Funding, LLC, Midland Credit Management, Inc. (collectively "Midland"), and Blatt, Hasenmiller, Leibsker & Moore, LLC ("Blatt") (collectively "Defendants"), by and through their undersigned counsel, and for their Second Motion for Extension of Time to Respond to Complaint, state as follows:

1. Defendant Blatt's responsive pleading in this case was originally due on June 23, 2008, and Midland's responsive pleading was originally due on June 30, 2008.

2. On June 26, 2008, the Court granted Defendants an additional 28 days, through July 21, 2008, to file its responsive pleading.

3. Defendants need additional time to review the materials in order to file an appropriate responsive pleading to Plaintiff's Complaint and also to explore settlement possibilities.

4. Plaintiff is unopposed to a fourteen (14) day extension of time up to and including August 4, 2008.

WHEREFORE, Defendants respectfully request that this Court grant an additional extension of time, up to and including August 4, 2008, for Defendants to answer or otherwise plead to Plaintiff's Complaint.

Dated: July 18, 2008

Respectfully Submitted,

MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC,


By:  /s/ David L. Hartsell
       One of its Attorneys

David L. Hartsell
Brian P. O'Meara
McGUIREWOODS LLP
77 W. Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
bomeara@mcguirewoods.com

Gregory R. Dye
BLATT, HASENMILLER, LEIBSKER & MOORE, LLC
125 S. Wacker Drive, Ste. 400
Chicago, Illinois 60606
(312) 704-9333
(312) 704-9430 (fax)
gdye@bhlmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, I filed the foregoing **DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Keith J. Keogh
> Alexander H. Burke
> LAW OFFICES OF KEITH J. KEOGH, LTD.
> 227 W. Monroe Street
> Suite 2000
> Chicago, Illinois 60606

                    /s/  David L. Hartsell

\6421328.1