**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LYNDA GOMEZ, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-cv-3042 |
| vs. | ) ) | Judge Lefkow Magistrate Judge Brown |
| MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  See Attached

PLEASE TAKE NOTICE that on **Thursday, July 31, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1925, and then and there present the attached **DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**, a copy of which is served upon you.

Dated: July 18, 2008

Respectfully Submitted,

MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC,

By:____/s/  David L. Hartsell_____
One of its Attorneys

Gregory R. Dye
BLATT, HASENMILLER, LEIBSKER & MOORE, LLC
125 S. Wacker Drive, Ste. 400
Chicago, Illinois 60606
(312) 704-9333
(312) 704-9430 (fax)
gdye@bhlmlaw.com

David L. Hartsell
Brian P. O'Meara
McGUIREWOODS LLP
77 W. Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
bomeara@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I filed the foregoing **NOTICE OF MOTION** with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following counsel of record:

> Keith J. Keogh
> Alexander H. Burke
> LAW OFFICES OF KEITH J. KEOGH, LTD.
> 227 W. Monroe Street
> Suite 2000
> Chicago, Illinois 60606

_____ /s/ David L. Hartsell _____

\6421550.1