IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDA GOMEZ, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 3042 |
| vs. | ) ) ) | Judge Lefkow<br>Magistrate Judge Brown |
| MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

To:  See Attached

     PLEASE TAKE NOTICE that on **Tuesday, August 26, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1925, and then and there present the attached **DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**, a copy of which is served upon you.

Dated: August 19, 2008

                                                Respectfully Submitted,

                                                MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC,

                                                By:   s/Brian P. O'Meara
                                                        One of its Attorneys

| | |
|---|---|
| Gregory R. Dye<br>BLATT, HASENMILLER, LEIBSKER & MOORE, LLC<br>125 S. Wacker Drive, Ste. 400<br>Chicago, Illinois 60606<br>(312) 704-9333<br>(312) 704-9430 (fax)<br>gdye@bhlmlaw.com | David L. Hartsell<br>Brian P. O'Meara<br>McGUIREWOODS LLP<br>77 W. Wacker Drive, Ste. 4100<br>Chicago, Illinois 60601-1815<br>(312) 849-8100<br>(312) 849-3690 (fax)<br>dhartsell@mcguirewoods.com |

bomeara@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008, I filed the foregoing **NOTICE OF UNOPPOSED MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Keith J. Keogh
>Alexander H. Burke
>LAW OFFICES OF KEITH J. KEOGH, LTD.
>227 W. Monroe Street
>Suite 2000
>Chicago, Illinois 60606
>keith@keoghlaw.com
>aburke@keoghlaw.com

s/Brian P. O'Meara