IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDA GOMEZ, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Case 08 C 3042 |
| v. | ) ) | Judge Lefkow |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC | ) ) ) ) ) | |
| Defendants. | ) | JURY DEMANDED |

## MOTION TO WITHDRAW

Alexander H. Burke, an attorney, respectfully requests that this Court withdraw his appearance as counsel for plaintiff in this matter. In support of this motion, the undersigned states:

1. Alexander H. Burke is leaving the employment of the Law Offices of Keith J. Keogh, Ltd., the firm representing plaintiff in this matter.

2. Keith J. Keogh of the Law Offices of Keith J. Keogh, Ltd. will remain as counsel for plaintiff.

WHEREFORE, Alexander H. Burke requests that the Court grant leave to withdraw his appearance as counsel in this matter.

Respectfully submitted,

 /s/ Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe, suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (FAX)