IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDA GOMEZ, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Case 08 C 3042 |
| v. | ) ) ) | Judge Lefkow |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC | ) ) ) ) | JURY DEMANDED |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  ECF Counsel of Record for Defendants

**PLEASE TAKE NOTICE** that on **September 18, 2008 at 9:30 am**, I shall appear before the **Honorable Joan Humphrey Lefkow in Room 1925** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION TO WITHDRAW AS ATTORNEY**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with Local Rule 5.2.

/s/ Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

### CERTIFICATE OF ELECTRONIC SERVICE

Alexander H. Burke, hereby certifies that defendants were served with this motion via the Court's ECF System on August 26, 2008.

/s/Alexander H. Burke