**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LYNDA GOMEZ, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | 1:08 C 3042 |
| v. | ) ) | Judge Lefkow |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC | ) ) ) ) | JURY DEMANDED |
| Defendants. | ) | |

**VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) plaintiff hereby dismisses this case without prejudice.

Respectfully submitted,

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe St., Ste. 2000
Chicago, Illinois 60606
312.726.1092 (office)
312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

I, Alexander H. Burke, certify that on August 27, 2008, filed this document with the ECF system for the United States District Court for the Northern District of Illinois.

/s/Alexander H. Burke